UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VALREY LATOUCHE,

          Plaintiff,           23-Civ-02207(PMH)

  -against-                ~~PROPOSED~~ **ORDER PURSUANT TO FED. R. CIV. P. 41(a)(2) DISMISSING THE COMPLAINT WITHOUT PREJUDICE**

LIEUTENANT BRIAN J. BODGE,
OF SING SING CORRECTIONAL
FACILITY, ELAINE VELEZ, DEPUTY
SUPERINTENDENT OF PROGRAMS OF
SING SING CORRECTIONAL FACILITY,

          Defendants.
-------------------------------------------------------X

**WHEREAS,** on or about March 14, 2023, Plaintiff commenced this action by filing a Complaint pursuant to 42 U.S.C. § 1983, in the Southern District of New York, Case Number 23-CV-02207, against Defendants Brian Bodge and Elaine Velez;

**WHEREAS**, Plaintiff alleges that the Defendants violated his rights under the First, Fourth, Eighth, and Fourteenth Amendments to the United State Constitution;

**WHEREAS,** on or about November 30, 2023, Defendants filed a letter requesting a pre-motion conference to discuss their anticipated motion to dismiss;

**WHEREAS,** Defendants planned to move to dismiss the Complaint on several grounds, including, because Plaintiff had failed to exhaust his administrative remedies prior to filing this federal lawsuit;

**WHEREAS**, on or about February 5, 2024, the Court conducted a pre-motion conference during which time Plaintiff admitted to having filed the instant action prior to fully exhausting his administrative remedies;

**WHEREAS**, at the February 5, 2024 conference, Plaintiff agreed to the dismissal of the instant action without prejudice;

**WHEREAS**, at the conclusion of the February 5, 2024 conference, the Court directed the Defendants to file a proposed order of dismissal;

**NOW, THEREFORE**, Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the herein action is dismissed without prejudice.

SO ORDERED:

**Hon. Philip M. Halpern, U.S.D.J.**

Dated: White Plains, New York
February  6 , 2024